IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| KING GEORGE COUNTY, VIRGINIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC HOLDER, *et al*., ) | Civil Action No. _____ |
| ) | |
| ) | Three-Judge Court Requested |
| Defendants. ) | |
| _____) | |

## ORDER

Pursuant to 28 U.S.C. §2284 and 42 U.S.C. §1973b, plaintiff has moved that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act. According to the motion, defendants do not oppose the convening of a three-judge court. It appearing that the motion is well taken, it is this _____ day of _____, 2011:

**ORDERED** that plaintiff's motion [#2] is **granted**. And it is

**FURTHER ORDERED** that the Clerk of this Court shall transmit a copy of this order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. §2284(b)(1) so that a three-judge court may be convened.

_____
UNITED STATES DISTRICT JUDGE