UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 3 2011

Clerk, U.S. District and
Bankruptcy Courts

KING GEORGE COUNTY, VIRGINIA,

Plaintiff,

v.

ERIC HOLDER, *et al.*,

Defendants.

Civil Action No. 11-2164 (BAH)
Judge Beryl A. Howell

### ORDER

Plaintiff King George County, Virginia has filed a Motion to Convene Three-Judge Court, pursuant to LCvR 9.1 of the Rules of the United States District Court for the District of Columbia, 42 U.S.C. § 1973b, and 28 U.S.C. § 2284, requesting that a three-judge court be convened to hear and determine this action for a declaratory judgment under Section 4 of the Voting Rights Act. The United States has represented that it does not oppose the convening of a three-judge court. After reviewing the plaintiff's complaint and its motion for a three-judge court, it is hereby

**ORDERED** that plaintiff's motion is GRANTED; and it is further

**ORDERED** that the Clerk of this Court shall transmit a copy of this Order to the Chief Judge of the United States Court of Appeals for the District of Columbia, pursuant to 28 U.S.C. § 2284(b)(1), so that a three-judge court may be convened.

SO ORDERED.

DATED: DECEMBER 12, 2011

/s/ Beryl A. Howell
BERYL A. HOWELL
United States District Judge