# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

September Term, 2011

No. 463

11cv2164

King George County, Virginia,

    Plaintiff,

v.

Eric Holder, *et al.*,

    Defendants.

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED DEC 14 2011

CLERK

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Beryl A. Howell, Judge, United States District Court for the District of Columbia, having notified me of her conclusion the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Karen LeCraft Henderson, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Ellen S. Huvelle, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Beryl A. Howell as members of the court to hear and determine this case. Judge Henderson will preside.

                                                    David B. Sentelle
                                                    Chief Judge

Date: 12-14-2011