IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING GEORGE COUNTY, VIRGINIA, a political subdivision of the Commonwealth of Virginia,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., the Attorney General of the United States of America, and THOMAS E. PEREZ, Assistant Attorney General, Civil Rights Division, United States Department of Justice,<br><br>Defendants. | No. 1:11-CV-02164<br>BAH-KLH-ESH<br>Three-Judge Court |

NOTICE OF CONSENT

This action was filed with this Court on December 7, 2012, by the Plaintiff King George County, Virginia (the "County") against the Attorney General of the United States and the Assistant Attorney General of the Civil Rights Division of the U.S. Department of Justice ("Defendants"). In this action, the County seeks a declaratory judgment, pursuant to Section 4(a) of the Voting Rights Act (the "Act"), 42 U.S.C. § 1973b(a)(1), exempting it from coverage under Section 4(b) of the Act, 42 U.S.C. § 1973b(b).

The Defendants have determined that the County can establish the statutory criteria required to be eligible for such an exemption under Section 4(a) of the Act. Accordingly, the Defendants will consent to the declaratory judgment sought by the County that would exempt it from coverage under Section 4(b) of the Act.

The Defendants intend, in consultation with the County, to devise a proposed consent decree, which, if accepted by this Court, would resolve this action.

Date: February 13, 2012

Respectfully submitted,

RONALD C. MACHEN, JR.
United States Attorney
District of Columbia

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

T. CHRISTIAN HERREN, JR.
ROBERT POPPER
JENIGH J. GARRETT
KATHERINE CULLITON-GONZÁLEZ
katherine.culliton@usdoj.gov
Attorneys
Voting Section
Civil Rights Division
United States Department of Justice
Room 7125 - NWB
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Phone: (202) 305-0010
Fax:    (202) 307-3961
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I served a true and correct copy of the foregoing via the Court's ECF filing system on the following counsel of record:

J. GERALD HEBERT
5019 Waple Lane
Alexandria, VA 22304
jghebert@comcast.net
ghebert@campaignlegalcenter.org
hebert@voterlaw.com

KATHERINE CULLITON-GONZÁLEZ
Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D, C, 20530