IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KING GEORGE COUNTY, VIRGINIA, a political subdivision of the Commonwealth of Virginia,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC H. HOLDER, JR., the Attorney General of the United States of America, and THOMAS E. PEREZ, Assistant Attorney General, Civil Rights Division, United States Department of Justice,<br><br>    Defendants. | No. 1:11-CV-02164 BAH-KLH-ESH<br>Three-Judge Court |

PLAINTIFF'S STATUS REPORT TO THE COURT

Plaintiff King George County, Virginia, respectfully submits this Report to the Court regarding publication of proposed settlement.

On March 29, 2012, the parties submitted to this three-judge Court a joint motion for entry of a consent judgment and decree granting King George County, Virginia, a bailout from coverage under the special provisions of the Voting Rights Act. That motion asked this Court to wait thirty (30) days before entering the proposed Consent Judgment and Decree to give the Plaintiff County an opportunity to publicize the proposed bailout settlement.

Following that March 29 filing, the Plaintiff King George County, pursuant to 42 U.S.C. §1973b, publicized the proposed settlement of this bailout action by publishing a Notice of the Settlement on the County's website, at all County post offices, and at the following County offices: The County Department of Social Services, the Library, the

County Courthouse, and the County's Recreation Center.

The published Notice (Exhibit A hereto) urged anyone desiring information about the proposed settlement and bailout to contact the County's Electoral Board or the County's Voting Registrar, whose telephone number was included in the Notice. No member of the general public did so.

Accordingly, this three-judge Court may now proceed to enter the proposed Consent Judgment and Decree, as the requisite publication has occurred.

Respectfully submitted,

For the Plaintiff
KING GEORGE COUNTY:

/s/ J. Gerald Hebert
J. Gerald Hebert
D.C. Bar No. 447676
191 Somervelle Street, #405
Alexandria, VA 22304
Telephone: (703) 628-4673
hebert@voterlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2012, I served a true and correct copy of the foregoing via the Court's ECF filing system.

/s/ J. Gerald Hebert

J. GERALD HEBERT