

# **NOTICE**

      Pursuant to 42 U.S.C §1973b, King George County gives NOTICE that is has commenced an action in the United States District Court for the District of Columbia seeking a declaratory judgment under the Voting Rights Act of 1965, as amended.  The purpose of the action is to seek a declaration from the court that King George County is in full compliance with the Voting Rights Act, thereby providing King George County with an exemption (known as a bailout) from the special provisions of the Voting Rights Act.  NOTICE is further given that King George County has reached a settlement of this action with the United States Attorney General.

      The purpose of the bailout is to allow King George County to make changes in the voting process without the need to seek preapproval by the federal government, which adds additional time and expense to the process.

      Any person desiring information on the bailout or the settlement may contact one of the three Electoral Board members Isaac Hughes, Frederick Crookshank, Lance Bacon or the King George County Registrar of Voters, Lorrie Gump at 540-775-9186.

EXHIBIT A